# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILLIAM R. ABBOTT** | : | **DOCKET NO. 21-CV-03774** |
| **REG. # 57819-083** | | **SECTION P** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **U.S. BUREAU OF PRISONS, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 24] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection [Doc. No. 31] filed by Plaintiff William R. Abbott, to the Report and Recommendation,

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against the US Bureau of Prisons, Shelly Power, Loretta Otis-Sanders, Sheila Lyons, and N. Patterson are **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA,** this 26th day of April 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**