# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILLIAM R. ABBOTT** | : | **DOCKET NO. 21-CV-03774** |
| **REG. # 57819-083** | | **SECTION P** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **U.S. BUREAU OF PRISONS, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 71] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection [Doc. No. 108] to the Report and Recommendation filed by Plaintiff William R. Abbott ("Abbott"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Preliminary Injunction and Temporary Restraining Order [Doc. No. 41)] is **DENIED WITH PREJUDICE,** and the Motion to Amend/Correct Pleadings entitled Motion to Alter or Amend Pleadings Federal Rules of Civil Procedure Rule 15 [Doc. No. 109] filed by Abbott is **DENIED** as moot**.**

MONROE, LOUISIANA this 22nd day of November 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**