UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **WILLIAM R. ABBOTT** | **CASE NO.  2:21-CV-03774** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **US BUREAU OF PRISONS, ET AL.** | **MAG. JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 129] having been considered, no objections thereto being filed, and finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant United States of America's Motion for Summary Judgment [Doc. No. 79] is **GRANTED**, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff William R. Abbott's Motion for Summary Judgment [Doc. No. 49] and Renewed Motion for Summary Judgment [Doc. No. 103] are **DENIED**.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 2nd day of March, 2023.

_____
Terry A. Doughty
United States District Judge