UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILLAM R. ABBOTT** <br> **REG. # 57819-083** | **:** | **DOCKET NO. 2:21-cv-03774** <br> **SECTION P** |
| **VERSUS** | **:** | **JUDGE TERRY A. DOUGHTY** |
| **U.S. BUREAU OF PRISONS, ET AL** | **:** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 129] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection [Doc. No. 134] filed by Plaintiff to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion for Summary Judgment [Doc. No. 79] is **GRANTED,** and this action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. No. 49] and Renewed Motion for Summary Judgment [Doc. No. 103] are **DENIED**.

**THUS DONE** this 10th day of March 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**